IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN A. SULLIVAN and<br>CATHERINE D. SULLIVAN<br><br>    Plaintiffs,<br><br>        v.<br><br>ABIDRASHID BARRE MOHAMED and FAF, INC.,<br><br>    Defendants. | Case No. 19-52 JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: January 28, 2020

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE